# AFFIDAVIT OF SERVICE

State of New York        County of New York        Supreme Court

Index Number: 153148/2017
Date Filed: 4/4/2017

Plaintiff:
JEFFREY A. RINDE AND CKR GLOBAL ADVISORS, INC.

vs.

Defendant:
SUSAN CRONE; ET AL

Received by PM LEGAL on the 18th day of April, 2017 at 11:08 am to be served on GARY GORHAM, RASKIN GORHAM ANDERSON LAW, 11333 IOWA AVENUE, LOS ANGELES, CA 90025.

I, Jorge Rivera, being duly sworn, depose and say that on the 19th day of April, 2017 at 4:40 pm, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS; COMPLAINT; EXHIBITS; NOTICE OF COMMENCEMENT OF ACTION SUBJECT TO MANDATORY ELECTRONIC FILNG SUPREME COURT CASES** with the date and hour of service endorsed thereon by me, to: **GARY GORHAM** at the address of: **RASKIN GORHAM ANDERSON LAW, 11333 IOWA AVENUE, LOS ANGELES, CA 90025**, and informed said person of the contents therein, in compliance with state statutes.

Said documents were conformed with index number and date of filing endorsed thereon.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: CAUCA, Height: 5'9", Weight: 180, Hair: BLK, Glasses: N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

STATE OF CALIFORNIA, COUNTY OF ORANGE
Subscribed and Sworn to before me on the _24_ day of _April_, _2017_ by affiant, who proved to me on the basis of satisfactory evidence to be the person who appeared before me.

NOTARY SIGNATURE:

Tamara Alana Aguirre
COMM #2125250
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
My Commission Expires Sept. 5, 2019

Jorge Rivera
#4690

PM LEGAL
75 MAIDEN LANE
NEW YORK, NY 10038
(347) 859-8821

Our Job Serial Number: ACA-2017001822
Ref: 7-LET-720855
Service Fee: _____

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1b