

FILED

JUN - 5 2017

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>MARK ELIAS CRONE,<br><br><br><br>Debtor(s).<br><br>CKR GLOBAL ADVISORS, INC., AND<br>JEFFREY A. RINDE,<br><br>Plaintiff(s),<br>v.<br><br>SUSAN CRONE, LEONIDAS P.<br>FLANGAS, GARY GORHAM,<br><br><br>Defendant(s). | CHAPTER 7<br><br>Case No.:  2:17-bk-12392-BR<br>Adv No:   2:17-ap-01289-BR<br><br>**STATUS CONFERENCE ON THE VERIFIED<br>COMPLAINT**<br><br>Date:       JULY 25, 2017<br>Time:       10:00 A.M.<br>Courtroom:  1668<br>EDWARD ROYBAL BUILDING<br>255 E TEMPLE STREET<br>LOS ANGELES CA 90012 |

1  Status conference on the verified complaint is set for July 25, 2017 at 10:00 a.m.

2  in courtroom 1668, Edward Roybal Building 255 E Temple Street Los Angeles, CA

3  90012.  A joint status report is due fourteen days prior to the hearing date.

4  Lawrence E. Tofel, Walter Benzija, Stephen F Biegenzahan, and Alan Halperin

5  are responsible to service this notice on all interested parties and to file a proof of

6  service with the court.

7  Date: 6/5/2017

8

9

10  DEPUTY CLERK

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

Walter Benzija
Halperin Battaglia Benzija, LLP
40 Wall Street
37th Floor
New York, NY 10005

Alan D. Halperin
Halperin Battaglia Benzija, LLP
40 Wall Street - 37th Floor
New York, NY 10005


Lawrence E. Tofel
Lawrence E. Tofel, P.C.
163 Washington Ave
Suite 5B
Brooklyn, NY 11205

Electronic Mail Notice List:

Stephen F Biegenzahn    efile@sfblaw.com
Howard M Ehrenberg (TR)    ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com;
hehrenberg@ecf.inforuptcy.com

☐ Service information continued on attached page

Date: ____6|5|17____     Signature: ____Stacey Fortier____

                         Deputy Clerk [*printed name*]: ____Stacey Fortier____

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE

**RE: CONTINUANCES:**

No continuances will be granted unless a written stipulation signed by all parties is filed at least 48 hours prior to the schedules hearing. Such stipulation must explain, in detail, the reason for the continuances. Such stipulation must be in the form of a declaration, signed under penalty of perjury. No continuance will be granted without good cause.

In addition to filing a written stipulation, the Courtroom Deputy must be notified personally at least 24 hours before the hearing. No continuances will be granted on the day of the hearing. It is the responsibility of all parties to check to see that the Court has been so notified. If there has been no notification, both written and oral, all sides must be ready to proceed with the hearing. Unless the parties have been notified by the clerk that the judge has granted the motion, all parties must appear for the hearing.

**RE: SETTLEMENTS:**

In case of a settlement reached prior to a hearing or trial, every effort should be made to notify the Court at least 48 hours prior to the hearing or trial.

**RE: SANCTIONS FOR FAILURE TO TIMELY PREPARE FOR STATUS AND PRE-TRIAL CONFERENCES:**

Pursuant to Rule 7016 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 7016-1, failure to timely comply with Rule 7016-1 will result in sanctions of at least $300.00 against any party and/or it counsel, payable to the Clerk of Court, General Fund Account. Additional sanctions may be imposed as deemed appropriate under the circumstances. Timely compliance with Rule 7016-1 includes, but is not limited to, timely filing of status report and pre-trial orders. Subsequent offenses in the same matter will result in escalating sanctions. Sending attorneys to court to appear on matters, about which they are inadequate informed will result in similar sanctions.

BARRY RUSSELL
U.S. BANKRUPTCY JUDGE

# FREE LEGAL HELP

A creditor has sued you in bankruptcy court. You were served with a Summons and Complaint, and you must now file an Answer. If you do not file an Answer on time, the court may enter a default judgment against you. This means that your debt may not be discharged and you will be responsible for paying it back.

**IF YOU CAN NOT AFFORD AN ATTORNEY, FREE LEGAL HELP MAY BE AVAILABLE.**

For more information, call:

**Public Counsel's**

**Debtor Assistance Project Hotline**

**(213) 385-2977, ext. 704**



35ᵀᴴ ANNIVERSARY

THE PUBLIC INTEREST LAW OFFICE OF THE LOS ANGELES COUNTY AND BEVERLY HILLS BAR ASSOCIATIONS

# AYUDA LEGAL GRATUITA

Su acreedor le ha demandado en la corte de bancarrota. Usted recibió la demanda, llamada "Summons" y "Complaint." Usted debe archivar una respuesta a la demanda en la corte. Si no archiva la respuesta a tiempo, la corte puede decidir en su contra. Si eso sucede, la deuda no se descargará en su caso de bancarrota y Usted será responsable por pagar al acreedor.

## SI LE FALTAN RECURSOS PARA CONTRATAR A UN ABOGADO, LLAME A LA LINEA DE AYUDA LEGAL GRATUITA.

Para mas información, llame al:

### Proyecto de Ayuda al Deudor
### de
### Public Counsel

### (213) 385-2977, ext. 704



35TH ANNIVERSARY
THE PUBLIC INTEREST LAW OFFICE OF THE LOS ANGELES COUNTY AND BEVERLY HILLS BAR ASSOCIATIONS