Stephen F. Biegenzahn, SBN 60584
LAW OFFICES OF STEPHEN F. BIEGENZAHN
1900 Avenue of the Stars, 11th Floor
Los Angeles, CA   90067
Telephone:   (424) 239-1749
E-mail:  Steve@sfblaw.com

Counsel for Plaintiff, CKR Global Advisors, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MARK ELIAS CRONE,<br><br>                    Debtor.<br>_____<br>CKR GLOBAL ADVISORS, INC., AND JEFFREY A. RINDE,<br><br>                    Plaintiff(s),<br><br>v.<br><br>SUSAN CRONE, LEONIDAS P. FLANGAS, GARY GORHAM,<br><br>                    Defendant(s). | Lead Case No. 2:17-bk-12392-BR<br><br>Adversary Case No. 2:17-ap-01289-BR<br><br>Chapter 7<br><br>**PROOF OF SERVICE OF STATUS CONFERENCE ON THE VERIFIED COMPLAINT**<br><br>Date:     JULY 25, 2017<br>Time:     10:00 AM<br>Ctrm:     1668<br>EDWARD ROYBAL BUILDING<br>255 E. TEMPLE STREET<br>LOS ANGELES, CA 90012 |

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1900 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **STATUS CONFERENCE ON THE VERIFIED COMPLAINT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6/6/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Stephen F Biegenzahn**    efile@sfblaw.com
- **Howard M Ehrenberg (TR)**    ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 6/6/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| The Hon. Barry Russell<br>United States Bankruptcy Court<br>255 E. Temple Street, Suite 1660<br>Los Angeles, CA 90012 | Lawrence E. Tofel<br>Lawrence E. Tofel, P.C.<br>163 Washington Ave., Suite 5B<br>Brooklyn, NY 11205<br>*Counsel for Plaintiff, Jeffrey Rinde* |

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 6/6/2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| **Leslie A Cohen** | leslie@lesliecohenlaw.com |
| **Howard M Ehrenberg** | ehrenbergtrustee@sulmeyerlaw.com |
| **David Goodrich** | dgoodrich@sulmeyerlaw.com |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/6/2017 | Elisabeth Walters | /s/Elisabeth Walters |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                              **F 9013-3.1.PROOF.SERVICE**

<u>Via USPS First Class Mail</u>

**Leonidas P. Flangas**
600 S. Third Street,
Las Vegas, NV 89101
*<u>Defendant, Pro Se</u>*

**Gary J. Gorham**
Raskin Gorham Anderson Law
11333 Iowa Ave
Los Angeles, CA 90025-4214
*<u>Defendant</u>*

**John Brilling Horgan**
**James K. Landau**
Ellenoff Grossman & Schole LLP
1345 Avenue of the Americas, 11th Floor
New York, NY 10105
*<u>Counsel for Defendant, Susan Crone</u>*

**Gregory A. Blue**
Riker Danzig Scherer Hyland Perretti LLP
500 Fifth Avenue, 49th Floor
New York, NY 10110
*<u>Counsel for Defendant, Gary Gorham</u>*

**Alan D. Halperin**
**Walter Benzija**
Halperin Battaglia Benzija, LLP
40 Wall Street, 37th Floor
New York, NY 10005
*<u>Counsel for Plaintiff, CKR Global Advisors, Inc.</u>*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**