| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Stephen F. Biegenzahn, SBN 60584<br>LAW OFFICES OF STEPHEN F. BIEGENZAHN<br>1900 Avenue of the Stars, 11th Floor<br>Los Angeles, CA  90067<br>Telephone: (424) 239-1749<br>E-mail: Steve@sfblaw.com<br><br>Counsel for Plaintiff, CKR Global Advisors, Inc.<br><br>☐ Plaintiff(s) appearing without attorney<br>☒ Attorney for Plaintiff(s) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>MARK ELIAS CRONE,<br><br>Debtor(s).<br><br>CKR GLOBAL ADVISORS, INC., AND JEFFREY A. RINDE,<br><br>Plaintiff(s),<br>vs.<br><br>SUSAN CRONE, LEONIDAS P. FLANGAS, GARY GORHAM,<br><br>Defendant(s). | CASE NO.: 2:17-bk-12392-BR<br>CHAPTER: SELECT CHAPTER<br>ADVERSARY NO.: 2:17-ap-01289-B<br><br>**REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)**<br><br>[No Hearing Required] |

TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

1. Name of Defendant against whom default is sought (*specify name*): Leonidas Flangas
2. Plaintiff filed the complaint in this adversary proceeding on (*specify date*): 04/04/2017
3. The summons and complaint were served on Defendant by  ☒ Personal Service  ☐ Mail Service on the following date (*specify date*): 04/28/2017
4. A conformed copy of the executed service of summons form is attached hereto.
5. The time for filing an answer or other responsive pleading expired on (*specify date*): 05/19/2017
6. No answer or other responsive pleading has been filed or served by Defendant.

WHEREFORE, Plaintiff requests that the clerk of the court enter a default against this Defendant.

Date: 06/12/2017

Signature: [signature]
STEPHEN F. BIEGENZAHN, ESQ.
*Printed name of Plaintiff or attorney for Plaintiff*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1900 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/12/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Stephen F Biegenzahn    efile@sfblaw.com
- Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;Brian@lesliecohenlaw.com
- Howard M Ehrenberg (TR)    ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com; hehrenberg@ecf.inforuptcy.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 06/12/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Hon. Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 06/12/2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- Larry Tofel:    letofel@tofellaw.com
- David Goodrich:    dgoodrich@sulmeyerlaw.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/12/2017 | ELISABETH WALTERS | /S/ELISABETH WALTERS |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 7055-1.1.REQ.ENTER.DEFAULT**

<u>Via USPS First Class Mail</u>

**Leonidas P. Flangas**
600 S. Third Street,
Las Vegas, NV 89101
*Defendant, Pro Se*

**Gary J. Gorham**
Raskin Gorham Anderson Law
11333 Iowa Ave
Los Angeles, CA 90025-4214
*Defendant*

**John Brilling Horgan**
**James K. Landau**
Ellenoff Grossman & Schole LLP
1345 Avenue of the Americas, 11th Floor
New York, NY 10105
*Counsel for Defendant, Susan Crone*

**Gregory A. Blue**
Riker Danzig Scherer Hyland Perretti LLP
500 Fifth Avenue, 49th Floor
New York, NY 10110
*Counsel for Defendant, Gary Gorham*

**Alan D. Halperin**
**Walter Benzija**
Halperin Battaglia Benzija, LLP
40 Wall Street, 37th Floor
New York, NY 10005
*Counsel for Plaintiff, CKR Global Advisors, Inc.*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE