| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Scott J. Tepper (SBN 51693)<br>Garfield & Tepper<br>1801 Century Park East, Suite 2400<br>Los Angeles, CA 90067-2326<br>Tel.: 310-277-1981<br>Fax: 818-225-5350<br>scottjtepper@msn.com<br><br><br><br><br>*Attorney for:* Defendant Gary Gorham | FOR COURT USE ONLY<br> |

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>Mark Elias Crone<br><br><br><br>Debtor(s).  | CASE NO.: 17-12392<br>ADVERSARY NO.: 2:17-ap-01289-BR<br>(*if applicable*)<br>CHAPTER: 7 |
| Jeffrey Rinde and CKR Global Advisors, Inc.<br><br><br>Plaintiff(s),<br>vs.<br>Susan Crone, Gary Gorham, Leonidas P. Flangas<br><br><br><br>Defendant(s). | **SUBSTITUTION OF ATTORNEY**<br><br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:

   Gary Gorham

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:

   Scott J. Tepper, Garfield & Tepper
   1801 Century Park East, Suite 2400, Los Angeles, CA 90067-2326
   310-277-1981
   scottjtepper@msn.com

3. New attorney hereby appears in the following matters:    ☐ the bankruptcy case   ☒ the adversary proceeding

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                           Page 1                              F 2091-1.SUBSTITUTION.ATTY

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney):*

Gregory A. Blue, Riker Danzig, Scherer Hyland Perretti LLP

Date: 06/09/2017

_____
Signature of party
Gary Gorham
Printed name of party

_____
Signature of *second* party (if applicable)

_____
Printed name of *second* party (if applicable)

_____
Signature of *third* party (if applicable)

_____
Printed name of *third* party (if applicable)

_____
Signature of *fourth* party (if applicable)

_____
Printed name of *fourth* party (if applicable)

I consent to the above substitution.

Date: 06/09/2017

_____
Signature of present attorney
Gregory A. Blue
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: 06/09/2017

_____
Signature of new attorney
Scott J. Tepper
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

___

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                      Page 2                          F 2091-1.SUBSTITUTION.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1801 Century Park East, Suite 2400, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): SUBSTITUTION OF ATTORNEY

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/13/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Stephen F.Biegenzahn, efile@sfblaw.com
Leslie A.Cohen, leslie@lesliecohenlaw.com, J'aime K.Williams, jaime@lesliecohen.com,
Brian A.Link, brian@lesliecohen.com
Howard Ehrenberg, ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com, C123@ecfbis.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 06/13/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Walter Benzija, Alan D.Halperin
Halperin Battaglia Benzija, LLP
40 Wall Street, 37th Floor
New York, NY 10005

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 06/13/2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Hon. Barry Russell
United States Bankruptcy Court
255 E. Temple St.,Suite 1660
Los Angeles, CA90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/13/2017 | Scott J. Tepper | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                               F 9013-3.1.PROOF.SERVICE

## PROOF OF SERVICE (CONTINUED)

Served by United States Mail:

    Lawrence E. Tofel
    Lawrence E. Tofel, P.C.
    163 Washington Ave., Suite 5B
    Brooklyn, NY 11205
    [Attorney for Plaintiffs]

    Leonidas P. Flangas
    600 S. Third Street,
    Las Vegas, NV 89101
    [Defendant in propria persona]

    John Brilling Horgan
    James K. Landau
    Ellenoff Grossman & Schole LLP
    1345 Avenue of the Americas, 11th Floor
    New York, NY 10105
    [Attorneys for Defendant Susan Crone]

    David M. Goodrich
    SulmeyerKupetz
    333 S Hope St., 35th Floor
    Los Angeles, CA 90071-1406
    [Attorney for Trustee]