1   SUSAN I. CRONE
2   104 Hollister Way South
    Glastonbury, CT 06033
3
    Defendant, In Pro Per
4

5

6

7

8                    **UNITED STATES BANKRUPTCY COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                    **LOS ANGELES DIVISION**

11   In re

12   MARK ELIAS CRONE,                         Case No. 2:17-bk-12392-BR

13          Debtor.                            Chapter 7

14   _____

15   JEFFREY A. RINDE and CKR GLOBAL           Adv. Proc. No. 2:17−01289-BR
     ADVISORS, INC.,
16                                             **DEFENDANT    SUSAN    CRONE'S**
                                               **ANSWER TO VERIFIED COMPLAINT**
17          Plaintiffs,
                                               <u>Status Conference</u>
18   v.                                        Date:   To be set
                                               Time:   To be set
19   SUSAN CRONE, GARY GORHAM and              Place:  Courtroom "1668"
     LEONIDAS P. FLANGAS,                              255 East Temple St.
20                                                     Los Angeles, California 90012
            Defendants.
21

22

23

24

25

26

27

28

Defendant Susan Crone ("<u>Defendant</u>") hereby answers that certain "*Verified Complaint*" (the "<u>Complaint</u>") filed by plaintiffs Jeffrey A. Rinde ("<u>Rinde</u>") and CKR Global Advisors, Inc. ("<u>CKR</u>, and together with Rinde, the "<u>Plaintiffs</u>") in the above-captioned adversary proceeding as follows:

## SUMMARY/OVERVIEW

1.      Paragraph 1 of the Complaint consists of legal conclusions and is a summary of the other allegations in the Complaint.  To the extent paragraph 1 of the Complaint alleges any additional facts not addressed *infra* herein, Defendant lacks sufficient information or belief to admit or deny the allegations in paragraph 1 of the Complaint, and on that basis, denies the allegations contained therein.  Defendant admits that "Exhibit A" and the Husband's bankruptcy documents alleged in paragraph 1 speak for themselves.

## THE PARTIES

2.      Defendant lacks sufficient information or belief to admit or deny the allegations in paragraph 2 of the Complaint, and on that basis, denies the allegations contained therein.

3.      Defendant lacks sufficient information or belief to admit or deny the allegations in paragraph 3 of the Complaint, and on that basis, denies the allegations contained therein.  Defendant admits that "Exhibit B" alleged in paragraph 3 speaks for itself.

4.      Defendant lacks sufficient information or belief to admit or deny the allegations in paragraph 4 of the Complaint, and on that basis, denies the allegations contained therein.  Defendant admits that "Exhibit C" alleged in paragraph 4 speaks for itself.

5.      Defendant admits that "Exhibit C" alleged in paragraph 5 speaks for itself.  To the extent that there are any other factual allegations that need to be addressed, Defendant lacks sufficient information or belief to admit or deny the allegations in paragraph 5 of the Complaint, and on that basis, denies the allegations contained therein.

6.      Defendant lacks sufficient information or belief to admit or deny the allegations in paragraph 6 of the Complaint, and on that basis, denies the allegations contained therein.

7.    Defendant lacks sufficient information or belief to admit or deny the allegations in paragraph 7 of the Complaint, and on that basis, denies the allegations contained therein.

8.    Defendant admits that she is a resident of the state of Connecticut, but denies all other allegations in paragraph 8 of the Complaint.

9.    Defendant denies the allegations in paragraph 9 of the Complaint.

10.    Defendant lacks sufficient information or belief to admit or deny the allegations in paragraph 10 of the Complaint, and on that basis, denies the allegations contained therein.

11.    Defendant lacks sufficient information or belief to admit or deny the allegations in paragraph 11 of the Complaint, and on that basis, denies the allegations contained therein.

12.    Defendant admits that defendant Leonides P. Flangas ("Flangas") was and still is her general counsel, but lacks sufficient information or belief to admit or deny all other the allegations in paragraph 12 of the Complaint, and on that basis, denies the allegations contained therein.

13.    Defendant lacks sufficient information or belief to admit or deny the allegations in paragraph 13 of the Complaint, and on that basis, denies the allegations contained therein.

14.    Paragraph 14 of the Complaint consists of a legal conclusion and avers no facts.  To the extent paragraph 14 of the Complaint alleges any facts, Defendant lacks sufficient information or belief to admit or deny the allegations in paragraph 14 of the Complaint, and on that basis, denies the allegations contained therein.

## **FACTUAL ALLEGATIONS**

15.    The Complaint has left out Paragraph 15 of the Complaint.

16.    The Complaint has left out Paragraph 16 of the Complaint.

17.    Defendant lacks sufficient information or belief to admit or deny the allegations in paragraph 17 of the Complaint, and on that basis, denies the allegations contained

therein.

18.    Defendant lacks sufficient information or belief to admit or deny the allegations in paragraph 18 of the Complaint, and on that basis, denies the allegations contained therein.  Defendant admits that "Exhibit D" alleged in paragraph 18 speaks for itself.

19.    Defendant lacks sufficient information or belief to admit or deny the allegations in paragraph 19 of the Complaint, and on that basis, denies the allegations contained therein.

20.    Defendant lacks sufficient information or belief to admit or deny the allegations in paragraph 20 of the Complaint, and on that basis, denies the allegations contained therein.

21.    Defendant admits that, Plaintiffs commenced the Prior Action against the Husband, but denies all of the other allegations, if any, in paragraph 21 of the Complaint.

22.    Defendant lacks sufficient information or belief to admit or deny the allegations in paragraph 22 of the Complaint, and on that basis, denies the allegations contained therein.

23.    Defendant lacks sufficient information or belief to admit or deny the allegations in paragraph 23 of the Complaint, and on that basis, denies the allegations contained therein.

24.    Defendant admits that "Exhibit E" and "Exhibit F" alleged in paragraph 24 speak for themselves.  To the extent that there are any other factual allegations that need to be addressed, Defendant denies all such allegations in paragraph 24 of the Complaint.

25.    Paragraph 25 of the Complaint consists of a legal conclusion and avers no facts.  To the extent paragraph 25 of the Complaint alleges any facts, Defendant lacks sufficient information or belief to admit or deny the allegations in paragraph 25 of the Complaint, and on that basis, denies the allegations contained therein.

26.    Defendant lacks sufficient information or belief to admit or deny the allegations in paragraph 26 of the Complaint, and on that basis, denies the allegations contained therein.

27.     Defendant lacks sufficient information or belief to admit or deny the allegations in paragraph 27 of the Complaint, and on that basis, denies the allegations contained therein.

28.     Defendant lacks sufficient information or belief to admit or deny the allegations in paragraph 28 of the Complaint, and on that basis, denies the allegations contained therein.  Further, the last sentence of paragraph 28 of the Complaint consists of a legal conclusion that does not require a response.

## ANSWER TO FIRST COMPLAINT FOR RELIEF

29.     Defendant re-alleges, and incorporates herein by this reference each and every response to the allegations contained in paragraphs 1 through 28, inclusive, of the Complaint as though set forth in full.

30.     Defendant denies the allegations in paragraph 30 of the Complaint.

## ANSWER TO SECOND COMPLAINT FOR RELIEF

31.     Defendant re-alleges, and incorporates herein by this reference each and every response to the allegations contained in paragraphs 1 through 28, inclusive, of the Complaint as though set forth in full.

32.     Defendant denies the allegations in paragraph 32 of the Complaint.

33.     Defendant denies the allegations in paragraph 33 of the Complaint.

## PRAYER FOR RELIEF

All paragraphs in this section consist of legal conclusions and aver no facts.  To the extent that these paragraphs allege any facts, Defendant lacks sufficient information to admit or deny the allegations in these paragraphs, and on that basis, denies the allegations contained therein.

## AFFIRMATIVE DEFENSES

As separate and additional defenses, Defendant alleges as follows.[1]

---

[1] By alleging the matters set forth in its affirmative defenses, Defendant does not thereby allege or admit that it has the burden of proof and/or burden of persuasion with respect to any of these matters.  Moreover, no incidental or implied admissions are intended by these affirmative defenses and none should be made.

## FIRST AFFIRMATIVE DEFENSE

### [Failure To State Claim For Relief]

The Complaint, and each claim of relief alleged therein, fails to state a claim for relief upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

### [Good Faith]

The Complaint, and each claim of relief alleged therein, is barred because the actions respecting the subject matter alleged in the Complaint were undertaken in good faith, with the absence of malicious intent, and constitute lawful, proper and justified means to further Defendant's purpose.

## THIRD AFFIRMATIVE DEFENSE

### [Statute Of Limitations]

The Complaint, and each claim for relief contained therein, is barred by the applicable statute of limitations.

## FOURTH AFFIRMATIVE DEFENSE

### [Indemnity]

Defendant is not legally responsible in any fashion with respect to the damages claimed by Plaintiffs.  However, in the event Defendant is held liable to Plaintiffs, which liability is expressly denied, and any co-defendants are likewise held liable, Defendant is entitled to a percentage contribution of the total liability from said co-defendants in accordance with the principles of implied or express indemnity.

## FIFTH AFFIRMATIVE DEFENSE

### [Acts And Omissions Of Plaintiffs]

Plaintiffs' alleged damages and claims, either in whole or in part, are due to the acts and/or omissions of Plaintiffs or the acts and/or omissions of third parties, and not Defendant.

## SIXTH AFFIRMATIVE DEFENSE

### [Estoppel]

By virtue of their conduct both before and after their alleged discovery of the acts

underlying the Complaint, Plaintiffs have ratified the alleged acts of Defendant and are estopped from asserting any claims against Defendant.

## SEVENTH AFFIRMATIVE DEFENSE

### [Unclean Hands]

Any and all losses or damages, if any, sustained by Plaintiffs are barred as a result of Plaintiffs' unclean hands.

## EIGHTH AFFIRMATIVE DEFENSE

### [No Damages]

Plaintiffs have not suffered any damages as alleged in their Complaint.

## NINTH AFFIRMATIVE DEFENSE

### [Passive Or Imputed Liability]

In the event Defendant is held liable to Plaintiffs, which liability is expressly denied herein, then the liability of Defendant would be passive, imputed or secondary, while other third parties would be actively or primarily liable for Plaintiffs' alleged injuries and damages.

## TENTH AFFIRMATIVE DEFENSE

### [Unjust Enrichment]

The Complaint, and each claim for relief contained therein, is barred under the doctrine of unjust enrichment.

## ELEVENTH AFFIRMATIVE DEFENSE

### [Lack of Standing]

The bankruptcy estate of the above-entitled debtor (the "Debtor") has property interests in the property at issue and claims asserted in the Complaint and, as such, the bankruptcy trustee has exclusive standing to bring such claims. *See Matter of Educators Group Health Trust*, 25 F.3d 1281, 1283-84 (5th Cir. 1984) (If a claim belongs to the estate, "then the trustee has exclusive standing to assert the claim.").

## TWELFTH AFFIRMATIVE DEFENSE

### [Damages Not Recoverable]

The Complaint seeks damages which are not properly recoverable under the theories set

forth in the Complaint.

## THIRTEENTH AFFIRMATIVE DEFENSE

### [Causation]

Plaintiffs' claims are barred, in whole or in part, because there is no causation between Defendant's alleged conduct and the damages sought in the Complaint.

## FOURTEENTH AFFIRMATIVE DEFENSE

Defendant's discovery and investigation is ongoing and Defendant reserves the right to assert additional affirmative defenses and to supplement, alter or change its response upon revelation of more definitive facts and upon the undertaking of discovery and further investigation in this matter.

Dated:  June 18, 2017                    Respectfully Submitted,


                                         By:    [see next page]
                                                _____
                                                SUSAN I. CRONE
                                                Defendant, In Pro Per

1   forth in the Complaint.

## THIRTEENTH AFFIRMATIVE DEFENSE

### [Causation]

Plaintiffs' claims are barred, in whole or in part, because there is no causation between Defendant's alleged conduct and the damages sought in the Complaint.

## FOURTEENTH AFFIRMATIVE DEFENSE

Defendant's discovery and investigation is ongoing and Defendant reserves the right to assert additional affirmative defenses and to supplement, alter or change its response upon revelation of more definitive facts and upon the undertaking of discovery and further investigation in this matter.

Dated: June _18_ 2017                    Respectfully Submitted,


                              By: _____
                                  SUSAN CRONE
                                  Defendant, In Pro Per

8