| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Stephen F. Biegenzahn, SBN 60584<br>LAW OFFICES OF STEPHEN F. BIEGENZAHN<br>1900 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Telephone: (424) 239-1749<br>E-mail: Steve@sfblaw.com<br><br><br><br>*Attorney for:* CKR Global Advisors, Inc. | FOR COURT USE ONLY<br><br>PAID<br>JUN 23 2017<br>Clerk, US District Court<br>COURT 4612 |
|---|---|

UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>Mark Elias Crone,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:17-bk-12392-BR<br>ADVERSARY NO.: 2:17-ap-01289-BR<br>CHAPTER: 7 |
|---|---|
| Jeffrey A. Rinde and CKR Global Advisors, Inc.,<br><br>Plaintiff(s).<br>vs.<br><br>Susan Crone, Gary Gorham and Leonidas P. Flangas,<br><br>Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br><br>[No hearing required per LBR 2090-1(b)(6)] |

1. I, _____ Lawrence E. Tofel, Esq. _____, apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained (*specify name of party*):

    Jeffrey A. Rinde

2. I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                                      Page 1                                          F 2090-1.2.APP.NONRES.ATTY

3. I am a lawyer with the following law firm (*specify name and address of law firm*):

   Lawrence E. Tofel, P.C.
   163 Washington Ave. Suite 5B, Brooklyn, New York 11205

4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (*specify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):

   New York State Bar (admitted 1985); US Court of Appeals for the Second and Third Circuit (admitted 1990); US District Courts of New York, Southern and Eastern Districts (admitted 1985).

5. I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of California. I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
| See Attached | | | | |

7. I ☒ have ☐ have not been disciplined by any court or administrative body ☐ disciplinary proceedings are pending; details are as follows:

   Two private adminitions, the first in approximately 1988 arising out of civil litigation and a client's discovery violation. The violation was expressly not a violation by counsel. The second arising from a self-report in approximately 2001. Neither matter remains pending.

   I ☐ resigned ☒ did not resign while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person of the following law firm, who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

   Name of attorney (Designee):

   Stephen F. Biegenzahn, Esq.

   Name and address of law firm, or residence address:

   Law Offices of Stephen F. Biegenzahn
   1900 Avenue of the Stars, 11th Fl.
   Los Angeles, CA 90067

   Telephone number of law firm: (424) 239-1749

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                              Page 2                                              F 2090-1.2.APP.NONRES.ATTY

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 6/22/17

_____
Signature of applicant

Lawrence E. Tofel, Esq.
Printed name of applicant

CONSENT OF DESIGNEE

I consent to the foregoing designation.

Date: 22 June 2017

_____
Signature of Designee

Stephen F. Biegenzahn, Esq.
Printed name of Designee

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016    Page 3    F 2090-1.2.APP.NONRES.ATTY

```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA156411
Cashier ID: ercash
Transaction Date: 06/23/2017
Payer Name: Friedman Law Group PC
--------------------------------
PRO HAC VICE
 For: Lawrence E Tofel, Esq
 Case/Party: D-CAC-2-17-AT-002017-001
 Amount:      $325.00
--------------------------------
CHECK
 Check/Money Order Num: 4126
 Amt Tendered: $325.00
--------------------------------
Total Due:      $325.00
Total Tendered: $325.00
Change Amt:     $0.00

BK Case# 2:17BK12392-BR

Adversary# 2:17AP01289-BR


No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.
```

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
| USBC – CA (Central) | 17-ap-01309-BR | CKR Global v. Crone | 6/23/2017 | Pending |
| USBC – CA (Central) | 17-ap-01276-BR | Ehrenberg v. Crone et al. | 6/23/2017 | Pending |
| USBC – CA (Central) | 17-bk-12392-BR | In re Mark Elias Crone | 6/23/2017 | Pending |
| USBC – CA (Central) | 17-ap-01289-BR | Rinde v. Crone et al. | 6/23/2017 | Pending |
| USBC – CA (Central) | 17-ap-01310-BR | CKR Law, LLP v. Crone | 6/23/2017 | Pending |
| USBC – CA (Central) | 17-ap-01311-BR | Rinde v. Crone | 6/23/2017 | Pending |
| USBC – CA (Central) | 17-ap-01312-BR | Vertex v. Crone | 6/23/2017 | Pending |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1900 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6/23/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Stephen F Biegenzahn**    efile@sfblaw.com
- **Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;Brian@lesliecohenlaw.com
- **Howard M Ehrenberg (TR)**    ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com
- **Jerome Bennett Friedman**    jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;sbiegenzahn@flg-law.com
- **David B Golubchik**    dbg@lnbyb.com, dbg@ecf.inforuptcy.com
- **Jeffrey S Kwong**    jsk@lnbyb.com, jsk@ecf.inforuptcy.com
- **Scott J Tepper**    scottjtepper@msn.com, scottjtepper@gmail.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 6/23/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Hon. Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/23/2017 | Jackeline Martinez | /s/Jackeline Martinez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                         **F 9013-3.1.PROOF.SERVICE**

**VIA US MAIL**

Leonidas P. Flangas
600 S. Third Street,
Las Vegas, NV 89101

Gary J. Gorham
Raskin Gorham Anderson Law
11333 Iowa Ave
Los Angeles, CA 90025-4214

John Brilling Horgan
James K. Landau
Ellenoff Grossman & Schole LLP
1345 Avenue of the Americas, 11th Floor
New York, NY 10105

Gregory A. Blue
Riker Danzig Scherer Hyland Perretti LLP
500 Fifth Avenue, 49th Floor
New York, NY 10110

Alan D. Halperin
Walter Benzija
Halperin Battaglia Benzija, LLP
40 Wall Street, 37th Floor
New York, NY 10005

Lawrence E. Tofel
Lawrence E. Tofel, P.C.
163 Washington Ave., Suite 5B
Brooklyn, NY 11205

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**