| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Stephen F. Biegenzahn, SBN 60584<br>LAW OFFICES OF STEPHEN F. BIEGENZAHN<br>1900 Avenue of the Stars, 11th Floor<br>Los Angeles, CA  90067<br>Telephone: (424) 239-1749<br>E-mail:  Steve@sfblaw.com<br><br>☒ *Attorney for*:  CKR Global Advisors, Inc. | **FILED & ENTERED**<br><br>**JUN 26 2017**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** fortier    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*Los Angeles* DIVISION**

| In re:<br><br>Mark Elias Crone,<br><br>Debtor(s)<br><br>Jeffrey A. Rinde and CKR Global Advisors, Inc.,<br><br>Plaintiff(s)<br><br>vs.<br><br>Susan Crone, Gary Gorham and Leonidas P. Flangas,<br><br>Defendant(s) | CASE NO.:    2:17-bk-12392-BR<br>CHAPTER:    7<br>ADVERSARY NO.:  2:17-ap-01289-BR<br><br>**ORDER ON APPLICATION OF**<br>**NON-RESIDENT ATTORNEY TO APPEAR IN**<br>**A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒ The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*):

Lawrence E. Tofel, Esq.

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016    F 2090-1.2.ORDER.NONRES.ATTY

☐ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

###

Date: June 26, 2017

_____
Barry Russell
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                                                                          F 2090-1.2.ORDER.NONRES.ATTY