| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>J. Bennett Friedman, Esq. (SBN 147056)<br>Michael Sobkowiak, Esq. (SBN 242718)<br>Friedman Law Group, P.C.<br>1900 Avenue of the Stars, 11th Fl.,<br>Los Angeles, CA 90067<br>T: (310) 552-8210; F: (310) 733-5442<br><br>Lawrence E. Tofel, Esq. (Pro Hac Vice)<br>Lawrence E. Tofel, P.C.<br>163 Washington Ave., Ste 5B<br>Brooklyn, New York 11205<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Plaintiffs | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Mark Elias Crone,<br><br>Debtor(s). | CASE NO.: 2:17-bk-12392-BR<br>ADVERSARY NO.: 2:17-ap-01289-BR<br>CHAPTER: 7 |
|---|---|
| CKR Global Advisors, Inc. and Jeffrey A. Rinde,<br><br>Plaintiff(s).<br>vs.<br><br>Susan Crone, Gary Gorham and Leonidas P. Flangas,<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 07/25/2017<br>TIME: 10:00 a.m.<br>COURTROOM: 1668<br>ADDRESS: 255 E. Temple Street<br>Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

A. **PLEADINGS/SERVICE:**

  1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?  ☒ Yes  ☐ No

  2. Have all parties filed and served answers to the Claims Documents?  ☐ Yes  ☒ No

  3. Have all motions addressed to the Claims Documents been resolved?  ☐ Yes  ☒ No

  4. Have counsel met and conferred in compliance with LBR 7026-1?  ☐ Yes  ☒ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                               Page 1                                        F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

See Section G

B. **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| November, 2017 | 9 months |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| n/a | Discovery is necessary in Connecticut, Nevada and New York. In addition, if Defendant Gorham does not prevail on his the special Motion to Strike, dismissing the action as to defendant Gorham, he intends to take appropriate interlocutory appeals, as permitted by the Anti-Slapp statute, staying the adversary proceeding. |

3. When do you expect to complete <u>your</u> discovery efforts?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| October, 2017 | Within 6 months of the finality of any appeals |

4. What additional discovery do you require to prepare for trial?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Interrogatories, Requests for Admission, Requests for Production of Documents, Depositions | Depositions of Mark Crone, Leonidas Flangas (Nevada), Susan Crone (Connecticut), Lawrence Tofel (New York) and Greg Blue (New York). |

C. **TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| 5-7 days | 6-8 hours |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| unknown at this time | 5-8 (some from deposition testimony) |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                    Page 2                    F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| unknown at this time | 15 at most |

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested | Pretrial conference ☒ is ☐ is not requested |
| Reasons: | Reasons: |
| narrow issues for trial. | Due to the number of witnesses. |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (date) November, 2017 | (date) after appeals and when discovery is complete. |

E. **SETTLEMENT:**

1. What is the status of settlement efforts?
Plaintiffs:
Prior to removal of the instant case to the Central District of California, the Disctrict of New York directed the parties to confer in an effort to settle the case, but the Defendants failed and refused to participate or engage. After removal, Plaintiffs requested a stay of this action with Defendant Gorham pending more global settlement discussions with the chapter 7 trustee. Defendant Gorham did not consent.

2. Has this dispute been formally mediated?    ☐ Yes    ☒ No
If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☒ Yes  ☐ No | ☐ Yes  ☒ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                             Page 3                             F 7016-1.STATUS.REPORT

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☒ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Plaintiffs:
Defendants Leonidas Flangas ("Flangas") and Susan Crone ("Crone") failed to file timely Answers to Plaintiffs' complaint. Plaintiffs filed Requests for Entry of Default against Flangas and Crone on June 12, 2017 [dkt. no. 34] and June 16, 2017 [dkt. no. 42], respectively. Crone subsequetly filed her Answer on June 18, 2017 [dkt. no. 44], two days after Plaintiffs requested her default.

Flangas filed a Motion to Dismiss Claims [dkt. no. 51] along with a Motion to File A Late Response [dkt. no. 50] on July 5, 2017, 23 days after Plaintiffs filed their Request for Entry of Default. Defendant Flanga's Motions are currently not scheduled for a hearing.

Plaintiffs reached out Flangas and Crone (via Flangas) for their comments on this status report, but as of the time of this filing, Plaintiffs have not received Flangas or Crone's comments. Attorney David Golubchik indicated that he does not represent Crone in this case, and that Flangas will be representing Ms. Crone, but Flangas has not yet made an appearance on behalf of Crone. Further, Plaintiffs reached out to Ellenoff Grossman & Schole LLP, Crone's New York counsel, to obtain Crone's e-mail address or telephone number, but attorney John Horgan indicated that neither he nor attorney James Landau represent Ms. Crone in this case.

Defendant Gorham:
Defendant Gary Gorham's Motion to Dismiss Adversary Complaint [dkt. no. 39] and Special Motion to Strike the Adversary Complaint [dkt. no. 37] are calendared to be heard on the status conference date.

Respectfully submitted,

| | |
|---|---|
| Date: 07/11/2017 | Date: 07/11/2017 |
| Friedman Law Group, P.C. | Garfield & Tepper |
| Printed name of law firm | Printed name of law firm |
| /s/J. Bennett Friedman | /s/Scott J. Tepper |
| Signature | Signature |
| J. Bennett Friedman, Esq. | Scott J. Tepper, Esq. |
| Printed name | Printed name |
| Attorney for: CKR Global Advisors, Inc. and Jeffrey A. Rinde | Attorney for: Gary Gorham |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                             Page 4                             F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1900 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **JOINT STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7/11/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Stephen F Biegenzahn**    efile@sfblaw.com
- **Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;Brian@lesliecohenlaw.com
- **Howard M Ehrenberg (TR)**    ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com
- **Jerome Bennett Friedman**    jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;sbiegenzahn@flg-law.com
- **David B Golubchik**    dbg@lnbyb.com, dbg@ecf.inforuptcy.com
- **Jeffrey S Kwong**    jsk@lnbyb.com, jsk@ecf.inforuptcy.com
- **Scott J Tepper**    scottjtepper@msn.com, scottjtepper@gmail.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 7/11/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Hon. Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/11/2017 | Jackeline Martinez | /s/Jackeline Martinez |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                 F 9013-3.1.PROOF.SERVICE

**VIA US MAIL**

Susan I. Crone
104 Hollister Way South
Glastonbury, CT 06033

Leonidas P. Flangas
600 S. Third Street,
Las Vegas, NV 89101

Gary J. Gorham
Raskin Gorham Anderson Law
11333 Iowa Ave
Los Angeles, CA 90025-4214

Gregory A. Blue
Riker Danzig Scherer Hyland Perretti LLP
500 Fifth Avenue, 49th Floor
New York, NY 10110

Alan D. Halperin
Walter Benzija
Halperin Battaglia Benzija, LLP
40 Wall Street, 37th Floor
New York, NY 10005

Lawrence E. Tofel
Lawrence E. Tofel, P.C.
163 Washington Ave., Suite 5B
Brooklyn, NY 11205

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE