| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| LEONIDAS P. FLANGAS<br>600 South Third Street<br>Las Vegas, Nevada 89101<br>TEL: (702) 384-1990<br>FAX: (702) 384-1009<br>Leo@FlangasLawOffice.com<br>Nevada Bar No. 5637<br><br>☐ *Attorney for:* Susan Crone | FILED JUL 14 2017<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: Deputy Clerk<br><br>ENTERED JUL 14 2017<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION**

| In re:<br>MARK ELIAS CRONE<br><br>Debtor(s) | CASE NO.: 2:17-bk-12392-BR<br>CHAPTER: 7<br>ADVERSARY NO.: 2:17-ap-01289-BR |
|---|---|
| JEFFREY A. RINDE and CKR GLOBAL ADVISORS, INC.<br><br>Plaintiff(s)<br>vs.<br><br>SUSAN CRONE, GARY GORHAM and LEONIDAS P. FLANGAS<br><br>Defendant(s) | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒ The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*):   Leonidas Flangas Esq.

☐ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

Leonidas Flangas, Esq.

7/14/17

LODGED JUL 13 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016                                                                                       F 2090-1.2.ORDER.NONRES.ATTY