**FILED & ENTERED**

AUG 24 2017

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** fortier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>MARK ELIAS CRONE, Elias Crone<br><br>Debtor(s). | CHAPTER 7<br><br>Case No.:  2:17-bk-12392-BR<br>Adv No:   2:17-ap-01289-BR<br><br>**ORDER AFTER HEARING GRANTING DEFENDANT GARY GORHAM'S SPECIAL MOTION TO STRIKE UNDER CALIFORNIA C.C.P. § 425.16 AND  MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (FRBP 7012 AND FRCIVP 12(b)(6)) AND DISMISSING ADVERSARY PROCEEDING AS TO DEFENDANT GARY GORHAM** |
| JEFFREY A. RINDE AND CKR GLOBAL ADVISORS, INC.,<br><br>Plaintiff(s),<br>v.<br><br>SUSAN CRONE, GARY GORHAM AND LEONIDAS P. FLANGAS,<br><br>Defendant(s). | Date:        July 25, 2017<br>Time:        10:00 AM<br>Courtroom: 1668 |

This matter came on for hearing on the regularly noticed motions of defendant Gary Gorham on July 25, 2017 at 10:00 a.m. before the Honorable Barry Russell, United States Bankruptcy Judge. At the hearing, the Court heard argument and considered Gorham's special motion to strike the adversary proceeding as to him pursuant to California C.C.P. §425.16 (Docket No. 37), his motion to dismiss for failure to state a claim against him (Docket No. 39), pursuant to F.R.B.P. Rule 7012 and F.R.Civ.P. 12(b)(6), plaintiffs' oppositions (Docket Nos. 53, 54, 55 and 56) and Gorham's replies (Docket Nos. 60 and 62). Appearances on the motions were: for defendant and moving party Gary Gorham: Scott J. Tepper of Garfield & Tepper; for plaintiffs: J. Bennett Friedman of Friedman Law Group.

After considering the motions, oppositions and replies, and the evidence submitted in support of and opposition to the special motion to strike, and considering argument of counsel, and being fully apprised in the matter, and as to the special motion to strike. FOR THE REASONS STATED ON THE RECORD, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The motion to dismiss for failure to state a claim is granted;

2. The special motion to strike is granted;

3. This adversary proceeding is dismissed, with prejudice, as to defendant Gary Gorham; and

4. Defendant Gary Gorham shall file and serve his motion for attorney's fees for hearing on September 12, 2017 (such date to act as a "control date" pending any notice of appeal plaintiffs may file).

\# \# \#

Date: August 24, 2017

_____
Barry Russell
United States Bankruptcy Judge