AD 17-01289BR

# CERTIFICATE OF SERVICE

I, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

Walter Benzija
Halperin Battaglia Benzija, LLP
40 Wall Street
37th Floor
New York, NY 10005



FILED
AUG 24 2017

Gregory A. Blue Riker Danzig Scherer Hyland Perretti LLP 500 Fifth Avenue 49th Floor
New York, NY 10110

V. James DeSimone Law V.James DeSimone Law 13160 Mindanao Way Ste 280 Marino Del Rey, CA 90292

Alan D. Halperin Halperin Battaglia Benzija, LLP 40 Wall Street - 37th Floor New York, NY 10005

John Brilling Horgan Ellenoff Grossman & Schole LLP 1345 Avenue of the Americas 11th Floor
New York, NY 10105

James K. Landau Ellenoff Grossman & Schole LLP 1345 Avenue of the Americas  New York, NY 10105

Electronic Notice:
Stephen F Biegenzahn     efile@sfblaw.com
Leslie A Cohen     leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;allie@lesliecohenlaw.com
Howard M Ehrenberg (TR)     ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com; hehrenberg@ecf.inforuptcy.com
Jerome Bennett Friedman     jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com; sbiegenzahn@flg-law.com
David B Golubchik     dbg@lnbyb.com, dbg@ecf.inforuptcy.com
Jeffrey S Kwong     jsk@lnbyb.com, jsk@ecf.inforuptcy.com
Theresa Mains     theresa@theresamainspa.com
Scott J Tepper     scottjtepper@msn.com, scottjtepper@gmail.com

☒ Service information continued on attached page

Date: 08/24/2017    Signature: _____

Deputy Clerk [printed name]: STACEY FORTIER   213 894 3687

CACB Rev. June 2016

PROOF OF SERVICE (CONTINUED)

Served by United States Mail:

    Lawrence E. Tofel
    Lawrence E. Tofel, P.C.
    163 Washington Ave., Suite 5B
    Brooklyn, NY 11205
    [Attorney for Plaintiffs]

    Leonidas P. Flangas
    600 S. Third Street,
    Las Vegas, NV 89101
    [Defendant in propria persona]

    John Brilling Horgan
    James K. Landau
    Ellenoff Grossman & Schole LLP
    1345 Avenue of the Americas, 11th Floor
    New York, NY 10105
    [Attorneys for Defendant Susan Crone]

    David M. Goodrich
    SulmeyerKupetz
    333 S Hope St., 35th Floor
    Los Angeles, CA 90071-1406
    [Attorney for Trustee]

FILED & ENTERED

AUG 24 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re:<br><br>MARK ELIAS CRONE, Elias Crone<br><br><br><br>                    Debtor(s). | CHAPTER 7<br><br>Case No.:  2:17-bk-12392-BR<br>Adv No:   2:17-ap-01289-BR<br><br>**ORDER AFTER HEARING GRANTING DEFENDANT GARY GORHAM'S SPECIAL MOTION TO STRIKE UNDER CALIFORNIA C.C.P. § 425.16 AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (FRBP 7012 AND FRCIVP 12(b)(6)) AND DISMISSING ADVERSARY PROCEEDING AS TO DEFENDANT GARY GORHAM** |
|---|---|
| JEFFREY A. RINDE AND CKR GLOBAL ADVISORS, INC.,<br><br>                    Plaintiff(s),<br>     v.<br><br>SUSAN CRONE, GARY GORHAM AND LEONIDAS P. FLANGAS,<br><br><br>                    Defendant(s). | Date:        July 25, 2017<br>Time:       10:00 AM<br>Courtroom: 1668 |

-1-

This matter came on for hearing on the regularly noticed motions of defendant Gary Gorham on July 25, 2017 at 10:00 a.m. before the Honorable Barry Russell, United States Bankruptcy Judge. At the hearing, the Court heard argument and considered Gorham's special motion to strike the adversary proceeding as to him pursuant to California C.C.P. §425.16 (Docket No. 37), his motion to dismiss for failure to state a claim against him (Docket No. 39), pursuant to F.R.B.P. Rule 7012 and F.R.Civ.P. 12(b)(6), plaintiffs' oppositions (Docket Nos. 53, 54, 55 and 56) and Gorham's replies (Docket Nos. 60 and 62). Appearances on the motions were: for defendant and moving party Gary Gorham: Scott J. Tepper of Garfield & Tepper; for plaintiffs: J. Bennett Friedman of Friedman Law Group.

After considering the motions, oppositions and replies, and the evidence submitted in support of and opposition to the special motion to strike, and considering argument of counsel, and being fully apprised in the matter, and as to the special motion to strike. FOR THE REASONS STATED ON THE RECORD, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The motion to dismiss for failure to state a claim is granted;

2. The special motion to strike is granted;

3. This adversary proceeding is dismissed, with prejudice, as to defendant Gary Gorham; and

4. Defendant Gary Gorham shall file and serve his motion for attorney's fees for hearing on September 12, 2017 (such date to act as a "control date" pending any notice of appeal plaintiffs may file).

###

Date: August 24, 2017

*/s/ Barry Russell*

Barry Russell
United States Bankruptcy Judge