United States Bankruptcy Court
Central District of California

Rinde,
    Plaintiff                                          Adv. Proc. No. 17-01289-BR

Crone,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0973-2    User: admin    Page 1 of 1    Date Rcvd: Aug 24, 2017
                   Form ID: pdf031    Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2017.
```
db          +Mark Elias Crone,   Theresa Mains Law,    2251 N. Rampart Blvd.,   Suite 102,
              Las Vegas, NV  89128,    UNITED STATES 89128-7640
aty         +Alan D. Halperin,    Halperin Battaglia Benzija, LLP,    40 Wall Street - 37th Floor,
              New York, NY 10005-1381
aty         +Gregory A. Blue,    Riker Danzig Scherer Hyland Perretti LLP,    500 Fifth Avenue,    49th Floor,
              New York, NY 10110-4999
aty         +James K. Landau,    Ellenoff Grossman & Schole LLP,    1345 Avenue of the Americas,
              New York, NY 10105-0013
aty         +John Brilling Horgan,    Ellenoff Grossman & Schole LLP,    1345 Avenue of the Americas,
              11th Floor,   New York, NY 10105-0013
aty         +Lawrence E. Tofel,    Lawrence E. Tofel, P.C.,    163 Washington Ave,    Suite 5B,
              Brooklyn, NY 11205-2975
aty         +V. James DeSimone Law,    V.James DeSimone Law,    13160 Mindanao Way STe 280,
              Marino Del Rey, CA 90292-7903
aty         +Walter Benzija,    Halperin Battaglia Benzija, LLP,    40 Wall Street,   37th Floor,
              New York, NY 10005-1381
dft         +Gary Gorham,   Raskin Gorham Anderson Law,    9336 W. Washington Blvd.,    Building C,
              Culver City, CA 90232-2628
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                           TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla          CKR Global Advisors, Inc.
intp         Courtesy NEF
pla          Jeffrey A. Rinde
dft          Leonidas P. Flangas
dft          Susan Crone
                                                                                             TOTALS: 5, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2017 at the address(es) listed below:
```
              David B Golubchik    on behalf of Defendant Susan  Crone dbg@lnbyb.com, dbg@ecf.inforuptcy.com
              Howard M Ehrenberg (TR)    ehrenbergtrustee@sulmeyerlaw.com,
               ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com
              Jeffrey S Kwong    on behalf of Defendant Susan  Crone jsk@lnbyb.com, jsk@ecf.inforuptcy.com
              Jerome Bennett Friedman    on behalf of Plaintiff Jeffrey A. Rinde jfriedman@flg-law.com,
               msobkowiak@flg-law.com;jmartinez@flg-law.com;sbiegenzahn@flg-law.com
              Jerome Bennett Friedman    on behalf of Plaintiff    CKR Global Advisors, Inc.
               jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;sbiegenzahn@flg-law.com
              Leslie A Cohen    on behalf of Interested Party    Courtesy NEF leslie@lesliecohenlaw.com,
               jaime@lesliecohenlaw.com;allie@lesliecohenlaw.com
              Scott J Tepper    on behalf of Defendant Gary  Gorham scottjtepper@msn.com, scottjtepper@gmail.com
              Stephen F Biegenzahn    on behalf of Plaintiff    CKR Global Advisors, Inc. efile@sfblaw.com
              Theresa  Mains    on behalf of Debtor Mark Elias Crone theresa@theresamainspa.com
                                                                                             TOTAL: 9
```

**FILED & ENTERED**

AUG 24 2017

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
**BY** fortier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | CHAPTER 7 |
| MARK ELIAS CRONE, Elias Crone | Case No.:  2:17-bk-12392-BR<br>Adv No:   2:17-ap-01289-BR |
| Debtor(s). | **ORDER AFTER HEARING GRANTING DEFENDANT GARY GORHAM'S SPECIAL MOTION TO STRIKE UNDER CALIFORNIA C.C.P. § 425.16 AND  MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (FRBP 7012 AND FRCIVP 12(b)(6)) AND DISMISSING ADVERSARY PROCEEDING AS TO DEFENDANT GARY GORHAM** |
| JEFFREY A. RINDE AND CKR GLOBAL ADVISORS, INC.,<br><br>Plaintiff(s),<br>v.<br><br>SUSAN CRONE, GARY GORHAM AND LEONIDAS P. FLANGAS,<br><br>Defendant(s). | Date:        July 25, 2017<br>Time:        10:00 AM<br>Courtroom: 1668 |

-1-

1  This matter came on for hearing on the regularly noticed motions of defendant Gary Gorham on July 25, 2017 at 10:00 a.m. before the Honorable Barry Russell, United States Bankruptcy Judge. At the hearing, the Court heard argument and considered Gorham's special motion to strike the adversary proceeding as to him pursuant to California C.C.P. §425.16 (Docket No. 37), his motion to dismiss for failure to state a claim against him (Docket No. 39), pursuant to F.R.B.P. Rule 7012 and F.R.Civ.P. 12(b)(6), plaintiffs' oppositions (Docket Nos. 53, 54, 55 and 56) and Gorham's replies (Docket Nos. 60 and 62). Appearances on the motions were: for defendant and moving party Gary Gorham: Scott J. Tepper of Garfield & Tepper; for plaintiffs: J. Bennett Friedman of Friedman Law Group.

After considering the motions, oppositions and replies, and the evidence submitted in support of and opposition to the special motion to strike, and considering argument of counsel, and being fully apprised in the matter, and as to the special motion to strike. FOR THE REASONS STATED ON THE RECORD, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The motion to dismiss for failure to state a claim is granted;

2. The special motion to strike is granted;

3. This adversary proceeding is dismissed, with prejudice, as to defendant Gary Gorham; and

4. Defendant Gary Gorham shall file and serve his motion for attorney's fees for hearing on September 12, 2017 (such date to act as a "control date" pending any notice of appeal plaintiffs may file).

# # #

Date: August 24, 2017

_____
Barry Russell
United States Bankruptcy Judge