| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>J. Bennett Friedman, Esq. (SBN 147056)<br>Michael Sobkowiak, Esq. (SBN 242718)<br>Friedman Law Group, P.C.<br>1900 Avenue of the Stars, 11th Fl.,<br>Los Angeles, CA 90067<br>T: (310) 552-8210; F: (310) 733-5442<br><br>Lawrence E. Tofel, Esq. (Pro Hac Vice)<br>Lawrence E. Tofel, P.C.<br>163 Washington Ave., Ste 5B<br>Brooklyn, New York 11205<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Plaintiffs | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Mark Elias Crone,<br><br>Debtor(s). | CASE NO.:    2:17-bk-12392-BR<br><br>ADVERSARY NO.: 2:17-ap-01289-BR<br><br>CHAPTER:    7 |
|---|---|
| CKR Global Advisors, Inc. and Jeffrey A. Rinde,<br><br>Plaintiff(s).<br>vs.<br><br>Susan Crone, Gary Gorham and Leonidas P. Flangas,<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE:    10/17/2017<br>TIME:    2:00 p.m.<br>COURTROOM: 1668<br>ADDRESS:    255 E. Temple St.<br>    Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

A. **PLEADINGS/SERVICE:**

   1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?  ☒ Yes  ☐ No

   2. Have all parties filed and served answers to the Claims Documents?  ☒ Yes  ☐ No

   3. Have all motions addressed to the Claims Documents been resolved?  ☐ Yes  ☒ No

   4. Have counsel met and conferred in compliance with LBR 7026-1?  ☒ Yes  ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 1    F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

See section G below.

## B. READINESS FOR TRIAL:

1. When will you be ready for trial in this case?

| Plaintiff | Defendant |
|---|---|
| February 2018 | April, 2018 |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| Plaintiff | Defendant |
|---|---|
| This case has gone through significant motion practice by defendants who are now dismissed from this action. Discovery will now commence. | Defendant Crone is requesting 4 - 6 month discovery period. |

3. When do you expect to complete <u>your</u> discovery efforts?

| Plaintiff | Defendant |
|---|---|
| January, 2018 | February, 2018 |

4. What additional discovery do you require to prepare for trial?

| Plaintiff | Defendant |
|---|---|
| Interrogatories, Requests for Admission, Requests for Production of Documents, Depositions | Interrogatories, Requests for Admission, Requests for Production of Documents, Depositions, Third Party Subpoenas |

## C. TRIAL TIME:

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

| Plaintiff | Defendant |
|---|---|
| 3-5 days | 5 days |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

| Plaintiff | Defendant |
|---|---|
| Approximately 5 - 10. | Approximately 5 - 10. |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015      Page 2      F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| Unknown at this time. | Unknown at this time. |

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested | Pretrial conference ☒ is ☐ is not requested |
| Reasons: | Reasons: |
| Narrow issues for trial. | Narrow issues for trial. |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set <u>after</u>: | Pretrial conference should be set <u>after</u>: |
| (*date*) 01/31/2018 | (*date*) 01/31/2018 |

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

    None at this time.

2. Has this dispute been formally mediated?    ☐ Yes   ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☒ Yes  ☐ No | ☐ Yes  ☒ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 3    F 7016-1.STATUS.REPORT

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☒ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary)*

Leonidas Flangas, as individual, and Gary Gorham have been dismissed as defendants in the instant case. Mr. Gorham has filed a Motion for Attorney's Fees Under California CCP § 425.16(c) ("Motion"). The Motion is set to be heard on October 17, 2017, concurrently with the status conference.

Susan Crone will be moving this Court to consolidate the adversary proceedings Trustee v. Susan Crone AP-01276 and CKR Global v. Susan Crone AP 01289.

Respectfully submitted,

Date: 10/10/2017

Friedman Law Group, P.C.
Printed name of law firm

/s/J. Bennett Friedman
Signature

J. Bennett Friedman, Esq.
Printed name

Attorney for: CKR Global Advisors; Jeffrey A. Rinde

Date: 10/10/2017

Leonidas Flangas, Esq.
Printed name of law firm

/s/Leonidas Flangas
Signature

Leonidas Flangas, Esq.
Printed name

Attorney for: Susan Crone, Special Appearance

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 4    F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1900 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **JOINT STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/10/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Stephen F Biegenzahn**   efile@sfblaw.com
- **Leslie A Cohen**   leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;allie@lesliecohenlaw.com
- **Howard M Ehrenberg (TR)**   ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com
- **Jerome Bennett Friedman**   jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com
- **David B Golubchik**   dbg@lnbyb.com, dbg@ecf.inforuptcy.com
- **Jeffrey S Kwong**   jsk@lnbyb.com, jsk@ecf.inforuptcy.com
- **Theresa Mains**   theresa@theresamainspa.com
- **Scott J Tepper**   scottjtepper@msn.com, scottjtepper@gmail.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/10/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Hon. Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/10/2017 | Jackeline Martinez | /s/Jackeline Martinez |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

**VIA US MAIL**

    Susan I. Crone
    104 Hollister Way South
    Glastonbury, CT 06033

    Leonidas P. Flangas
    600 S. Third Street,
    Las Vegas, NV 89101

    Gary J. Gorham
    Raskin Gorham Anderson Law
    11333 Iowa Ave
    Los Angeles, CA 90025-4214

    Gregory A. Blue
    Riker Danzig Scherer Hyland Perretti LLP
    500 Fifth Avenue, 49th Floor
    New York, NY 10110

    Alan D. Halperin
    Walter Benzija
    Halperin Battaglia Benzija, LLP
    40 Wall Street, 37th Floor
    New York, NY 10005

    Lawrence E. Tofel
    Lawrence E. Tofel, P.C.
    163 Washington Ave., Suite 5B
    Brooklyn, NY 11205

    V. James DeSimone Law
    V.James DeSimone Law
    13160 Mindanao Way STe 280
    Marino Del Rey, CA 90292

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**