| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Scott J. Tepper (SB# 51693)<br>ScottJTepper@msn.com<br>GARFIELD & TEPPER<br>A Partnership of Professional Corporations<br>1801 Century Park East, Suite 2400<br>Los Angeles, California 90067<br>Tel.: (310) 277-1981 • Fax: (818) 225-5350<br><br>☐ Individual *appearing without an attorney*<br>x   Attorney for:   Defendant Gary Gorham | FOR COURT USE ONLY<br><br>FILED<br>OCT 19 2017<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION** ||
| In re:<br><br>MARK ELIAS CRONE,<br><br>                                         Debtor<br><br>JEFFREY A. RINDE and CKR GLOBAL ADVISORS, INC.,<br><br>                                         Plaintiffs,<br><br>v.<br><br>SUSAN CRONE, GARY GORHAM and LEONIDAS P. FLANGAS,<br><br>                                         Defendants.<br><br>                                         Debtor(s) | CASE NO.: 2-17-BK-12392-BR<br>CHAPTER: 7<br>Adv. No. 2:17-ap-01289-BR<br><br><br><br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** *(title of motion[1])*:<br><br>**ORDER AFTER HEARING GRANTING DEFENDANT GARY GORHAM'S MOTION FOR ATTORNEY'S FEES** |

PLEASE TAKE NOTE that the order titled <u>ORDER AFTER HEARING  GRANTING DEFENDANT GARY GORHAM'S MOTION FOR ATTORNEY'S FEES</u>  [Relates to Docket Nos. 67, 77 & 79 ] was lodged on *(date)* Oct. 19, 2017 and is attached.  This order relates to the motion which is docket number 67.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                         Page 1                                         F 9021-1.2.BK.NOTICE.LODGMENT

Scott J. Tepper (SB# 51693)
ScottJTepper@msn.com
GARFIELD & TEPPER
A Partnership of Professional Corporations
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Tel.: (310) 277-1981 • Fax: (818) 225-5350

LODGED
OCT 19 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                        Deputy Clerk

Attorneys for Defendant Gary Gorham

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MARK ELIAS CRONE,<br><br>Debtor;<br><br>JEFFREY A. RINDE and CKR GLOBAL ADVISORS, INC.,<br><br>Plaintiffs,<br><br>-vs-.<br><br>SUSAN CRONE, GARY GORHAM and LEONIDAS P. FLANGAS,<br><br>Defendants. | Case No. 2-17-bk-12392-BR<br><br>Chapter 7<br><br>Adv. No. 2:17-ap-01289-BR<br><br>**ORDER AFTER HEARING GRANTING DEFENDANT GARY GORHAM'S MOTION FOR ATTORNEY'S FEES**<br><br>[Relates to ECF Docket Nos. 67, 77 & 79] |

This matter came on for hearing on the regularly noticed motion of defendant Gary Gorham on October 17, 2017 at 2:00 p.m. before the Honorable Barry Russell, United States Bankruptcy Judge. At the hearing the Court heard argument and considered Gorham's motion for attorney's fees pursuant to California C.C.P. § 425.16(c) (Docket No. 67), plaintiffs' opposition (Docket No. 77) and Gorham's reply (Docket No. 79).

Appearances on the motions were: for defendant and moving party Gary Gorham:

1

Scott J. Tepper of Garfield & Tepper; for plaintiffs: J. Bennett Friedman of Friedman Law Group.

After considering the motion, opposition and reply, and the evidence submitted in support of the motion, and considering argument of counsel at the hearing, and being fully apprised in the matter, for the reasons stated on the record and good causing appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The motion is granted as prayed;

2. Defendant Gary Gorham is awarded his attorney's fees and costs, in the amount of $85,900.32 against plaintiffs CKR Global Advisors, Inc. and Jeffrey Rinde.

# # #

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1801 Century Park East, Suite 2400, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __10/18/2017__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Stephen F.Biegenzahn**, efile@sfblaw.com;
**Leslie A.Cohen**, leslie@lesliecohenlaw.com; **J'aime K.Williams**, jaime@lesliecohen.com;
**Brian A.Link**, brian@lesliecohen.com;
**Howard Ehrenberg**, ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com, C123@ecfbis.com, hehrenberg@ecf.inforuptcy.com
**Jerome Bennett Friedman**, jfriedman@flg-law.com, msobkowak@flg.com, jmartinez@flg-law.com, sbeigeenzahn@flg-law.com,
**Jefffrey S. Kwong**, jsk@lnbyb.com, jsk@ecf.inforuptcy.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On (*date*) 10/19/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

J. Bennett Friedman
Michael Sobkowiak
Friedman Law Group
1900 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

Lawrence E. Tofel
Lawrence E. Tofel, P.C.
163 Washington Ave., Suite 5B
Brooklyn, NY 11205

[Attorneys for Plaintiffs]

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 10/19/2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Hon. Barry Russell
United States Bankruptcy Court
255 E. Temple St.,Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 19, 2017 | Scott J. Tepper | /s/ signature |
| --- | --- | --- |
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.