1 | Scott J. Tepper (SB# 51693)
2 | ScottJTepper@msn.com
   | GARFIELD & TEPPER
3 | A Partnership of Professional Corporations
   | 1801 Century Park East, Suite 2400
4 | Los Angeles, California 90067
5 | Tel.: (310) 277-1981 • Fax: (818) 225-5350

6 | Attorneys for Defendant Gary Gorham

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2-17-bk-12392-BR |
| MARK ELIAS CRONE, | Chapter 7 |
| Debtor; | Adv. No. 2:17-ap-01289-BR |
| JEFFREY A. RINDE and CKR GLOBAL ADVISORS, INC., | **ORDER AFTER HEARING GRANTING DEFENDANT GARY GORHAM'S MOTION FOR ATTORNEY'S FEES** |
| Plaintiffs, | |
| -vs-. | [Relates to ECF Docket Nos. 67, 77 & 79] |
| SUSAN CRONE, GARY GORHAM and LEONIDAS P. FLANGAS, | |
| Defendants. | |

    This matter came on for hearing on the regularly noticed motion of defendant Gary Gorham on October 17, 2017 at 2:00 p.m. before the Honorable Barry Russell, United States Bankruptcy Judge. At the hearing the Court heard argument and considered Gorham's motion for attorney's fees pursuant to California C.C.P. § 425.16(c) (Docket No. 67), plaintiffs' opposition (Docket No. 77) and Gorham's reply (Docket No. 79).

    Appearances on the motions were: for defendant and moving party Gary Gorham:

1

1 | Scott J. Tepper of Garfield & Tepper; for plaintiffs: J. Bennett Friedman of Friedman Law Group.

After considering the motion, opposition and reply, and the evidence submitted in support of the motion, and considering argument of counsel at the hearing, and being fully apprised in the matter, for the reasons stated on the record and good causing appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The motion is granted as prayed;

2. Defendant Gary Gorham is awarded his attorney's fees and costs, in the amount of $85,900.32 against plaintiffs CKR Global Advisors, Inc. and Jeffrey Rinde.

# # #

11/1/17

*[signature]*