| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>J. Bennett Friedman, Esq. (SBN 147056)<br>Michael Sobkowiak, Esq. (SBN 242718)<br>Friedman Law Group, P.C.<br>1900 Avenue of the Stars, 11th Fl.,<br>Los Angeles, CA 90067<br>T: (310) 552-8210; F: (310) 733-5442<br>E. jfriedman@flg-law.com; msobkowiak@flg-law.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Plaintiffs/Appellants | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Mark Elias Crone,<br><br><br><br>Debtor(s). | CASE NO.:2:17-bk-12392-BR<br><br>ADVERSARY NO.: 2:17-ap-01289-BR<br>(*if applicable*)<br><br>CHAPTER: 7 |
|---|---|
| CKR Global Advisors, Inc. and Jeffrey A. Rinde,<br><br>Plaintiff(s) (*if applicable*).<br>vs.<br><br>Susan Crone, Gary Gorham and Leonidas P. Flangas,<br><br><br>Defendant(s) (*if applicable*). | **NOTICE OF APPEAL**<br>**AND STATEMENT OF ELECTION** |

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): CKR Global Advisors, Inc. and Jeffrey A. Rinde

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☒ Plaintiff
☐ Defendant
☐ Other (*describe*):

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☐ Creditor
☐ Trustee
☐ Other (*describe*):

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:
   Order awarding Defendant Gary Gorham attorney's fees/costs against Plaintiffs in the total sum of $85,900.32, arising out of the granting of an Anti-SLAPP motion for dismissal of action removed from New York.
2. The date the judgment, order, or decree was entered: 11/01/2017

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (*attach additional pages if necessary*):

1. Party: Gary Gorham

   Attorney:

   Scott J. Tepper, Esq.
   Garfield & Tepper, A Partnership of Professional Corporations
   1801 Century Park East, Suite 2400
   Los Angeles, CA 90067
   T: (310) 277-1981; F: (818) 225-5350
   E: ScottJTepper@msn.com

2. Party:

   Attorney:

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

[X] Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_____    Date: 11/15/17
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

1  Scott J. Tepper (SB# 51693)
   ScottJTepper@msn.com
2  GARFIELD & TEPPER
3  A Partnership of Professional Corporations
   1801 Century Park East, Suite 2400
4  Los Angeles, California 90067
5  Tel.: (310) 277-1981 • Fax: (818) 225-5350

6  Attorneys for Defendant Gary Gorham

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2-17-bk-12392-BR |
| MARK ELIAS CRONE, | Chapter 7 |
| Debtor; | Adv. No. 2:17-ap-01289-BR |
| JEFFREY A. RINDE and CKR GLOBAL ADVISORS, INC., | **ORDER AFTER HEARING GRANTING DEFENDANT GARY GORHAM'S MOTION FOR ATTORNEY'S FEES** |
| Plaintiffs, | |
| -vs-. | [Relates to ECF Docket Nos. 67, 77 & 79] |
| SUSAN CRONE, GARY GORHAM and LEONIDAS P. FLANGAS, | |
| Defendants. | |

This matter came on for hearing on the regularly noticed motion of defendant Gary Gorham on October 17, 2017 at 2:00 p.m. before the Honorable Barry Russell, United States Bankruptcy Judge. At the hearing the Court heard argument and considered Gorham's motion for attorney's fees pursuant to California C.C.P. § 425.16(c) (Docket No. 67), plaintiffs' opposition (Docket No. 77) and Gorham's reply (Docket No. 79).

Appearances on the motions were: for defendant and moving party Gary Gorham:

1

1  Scott J. Tepper of Garfield & Tepper; for plaintiffs: J. Bennett Friedman of Friedman Law
2  Group.
3      After considering the motion, opposition and reply, and the evidence submitted in
4  support of the motion, and considering argument of counsel at the hearing, and being fully
5  apprised in the matter, for the reasons stated on the record and good causing appearing
6  therefor,
7      IT IS HEREBY ORDERED, ADJUDGED AND DECREED:
8      1.   The motion is granted as prayed;
9      2.   Defendant Gary Gorham is awarded his attorney's fees and costs, in the
10 amount of $85,900.32 against plaintiffs CKR Global Advisors, Inc. and Jeffrey Rinde.
11                                    # # #

11/1/17    [signature]

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1900 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **Notice of Appeal and Statement of Election** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 11/15/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Stephen F Biegenzahn**    efile@sfblaw.com
- **Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;allie@lesliecohenlaw.com
- **Howard M Ehrenberg (TR)**    ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com
- **Jerome Bennett Friedman**    jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com
- **David B Golubchik**    dbg@lnbyb.com, dbg@ecf.inforuptcy.com
- **Jeffrey S Kwong**    jsk@lnbyb.com, jsk@ecf.inforuptcy.com
- **Theresa Mains**    theresa@theresamainspa.com
- **Scott J Tepper**    scottjtepper@msn.com, scottjtepper@gmail.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) 11/15/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/15/2017 | Jackeline Martinez | /s/Jackeline Martinez |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**VIA US MAIL**

**Judge**
The Hon. Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

**United States Trustee**
Office of the United States Trustee
915 Wilshire Blvd., Ste 1850
Los Angeles, CA 90017

**Appellee**
Gary J. Gorham
Raskin Gorham Anderson Law
11333 Iowa Ave
Los Angeles, CA 90025-4214

**Counsel for Appellee**
Scott J. Tepper, Esq.
Garfield & Tepper, A Partnership of Professional Corporations
1801 Century Park East, Suite 2400
Los Angeles, CA 90067

**Chapter 7 Trustee**
Howard M. Ehrenberg
333 S. Hope Street, 35th Floor
Los Angeles, CA 90071

**Counsel for Chapter 7 Trustee**
David M. Goodrich
SulmeyerKupetz
333 S. Hope Street, 35th Floor
Los Angeles, CA 90071

**Interested Parties**

Susan I. Crone
104 Hollister Way South
Glastonbury, CT 06033

Leonidas P. Flangas
600 S. Third Street
Las Vegas, NV 89101

Gregory A. Blue
Riker Danzig Scherer Hyland Perretti LLP
500 Fifth Avenue, 49th Floor
New York, NY 10110

Alan D. Halperin
Walter Benzija
Halperin Battaglia Benzija, LLP
40 Wall Street, 37th Floor
New York, NY 10005

Lawrence E. Tofel
Lawrence E. Tofel, P.C.
163 Washington Ave., Suite 5B
Brooklyn, NY 11205

V. James DeSimone Law
V.James DeSimone Law
13160 Mindanao Way Ste 280
Marino Del Rey, CA 90292

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          F 9013-3.1.PROOF.SERVICE