**FILED**

DEC 14 2017

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Mark Elias Crone<br><br><br>Debtor(s) | BAP/USDC NO.: 2:17-cv-08377 DOC<br>CASE NO.: 2:17-bk-12392-BR<br>ADVERSARY NO.: 2:17-ap-01289-BR<br>APPEAL DOCKET ENTRY NO.: 95 |
| Jeffrey A. Rinde; CKR Global Advisors, Inc.<br><br><br><br>Plaintiff(s)<br>vs.<br><br>Susan Crone; Gary Gorham; Leonidas P. Flangas<br><br><br>Defendant(s) | **CERTIFICATE OF READINESS AND COMPLETION OF RECORD ON APPEAL** |

To the Clerk of the:
- ☐ Bankruptcy Appellate Panel of the Ninth Circuit
- ☒ U.S. District Court
- ☐ U.S. Court of Appeals for the Ninth Circuit

Attorney of Record for Appellant:

J. Bennett Friedman
1900 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

Attorney of Record for Appellee:

Scott J. Tepper
1801 Century Park East, Suite 2400
Los Angeles, CA 90067

The undersigned deputy clerk of the United States Bankruptcy Court certifies that the record on appeal is complete and is available electronically on the case docket.

The transcript status is as follows:
- ☒ All transcripts requested by either the Appellant, Appellee, or both, have been filed with this court.
- ☐ No transcripts were requested by either the Appellant or Appellee.
- ☐ Statement of Evidence in Lieu of Transcript

I certify that a copy of this certificate was served on the parties listed in the Appeal.

Kathleen J. Campbell
Clerk of Court

Date: __12/14/2017__    By:   SONNY MILANO
                              Deputy Clerk

## CERTIFICATE OF READINESS SERVICE LIST

1. **SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

   ☐ Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov
   ☒ United States District Court at bkappeal_cacd@cacd.uscourts.gov

   Office of the U.S. Trustee

   ☒ Los Angeles Division at ustpregion16.la.ecf@usdoj.gov
   ☐ Riverside Division at ustpregion16.rs.ecf@usdoj.gov
   ☐ Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov
   ☐ San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov
   ☐ Northern Division at ustpregion16.nd.ecf@usdoj.gov

   Other Parties Served by NEF:
   Stephen F Biegenzahn    efile@sfblaw.com
   Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;allie@lesliecohenlaw.com
   Howard M Ehrenberg (TR)    ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com; hehrenberg@ecf.inforuptcy.com
   Jerome Bennett Friedman    jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com
   David B Golubchik    dbg@lnbyb.com, dbg@ecf.inforuptcy.com
   Jeffrey S Kwong    jsk@lnbyb.com, jsk@ecf.inforuptcy.com
   Theresa Mains    theresa@theresamainspa.com
   Scott J Tepper    scottjtepper@msn.com, scottjtepper@gmail.com

2. **SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL:**