| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*:<br>Scott J. Tepper (SB #51693)<br>Garfield & Tepper, A Partnership of Prof. Corps.<br>11333 Iowa Avenue<br>Los Angeles, CA 90025-4214 | TELEPHONE NO.:<br>310-277-1981 | *FOR COURT USE ONLY* |
|---|---|---|
| ATTORNEY FOR LIEN CLAIMANT: Gary Gorham (judgment creditor) | | |

NAME OF COURT: U.S. Bankruptcy Court, Central District of California
STREET ADDRESS: 255 East Temple Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Los Angeles Division

PLAINTIFF: In re Mark Elias Crone, Debtor

DEFENDANT: Jeffrey A. Rinde, et al. v. Susan Crone, et al.

| **CORRECTED** NOTICE OF LIEN<br>(Attachment—Enforcement of Judgment) | CASE NUMBER:<br>2-17-ap-01289-BR |
|---|---|

ALL PARTIES IN THIS ACTION ARE NOTIFIED THAT

1. A lien is created by this notice under
   a. ☐ Article 3 (commencing with section 491.410) of Chapter 11 of Title 6.5 of Part 2 of the Code of Civil Procedure.
   b. ☑ Article 5 (commencing with section 708.410) of Chapter 6 of Title 9 of Part 2 of the Code of Civil Procedure.
2. The lien is based on a
   a. ☐ right to attach order and an order permitting the creation of a lien (copies attached).
   b. ☑ money judgment. arising from court orders awarding attorney's fees as set forth in 3.c. below

3. The right to attach order or the money judgment is entered in the following action:
   a. Title of court *(specify)*: U.S. Bankruptcy & District Courts, Central District of California
   b. Name of case *(specify)*: In re Mark Elias Crone, Debtor; Jeffrey A. Rinde et al. v. Susan Crone, et al.
   c. Number of case *(specify)*: 2-17-ap-01289-BR; arising from 2-17-bk-12392-BR; and 2:17-cv-8377-DOC (GJSx)
   d. ☑ Date of entry of judgment *(specify)*: Bankruptcy order entered Nov. 1, 2017; civil order entered Oct. 15, 2018
   e. ☐ Dates of renewal of judgment *(specify)*:

4. The name and address of the judgment creditor or person who obtained the right to attach order are *(specify)*:
   Gary Gorham (judgment creditor), c/o Garfield & Tepper, 11333 Iowa Ave., Los Angeles, CA 90025-4214
5. The name and last known address of the judgment debtor or person whose property is subject to the right to attach order are *(specify)*:
   Jeffrey A. Rinde & CKR Global Advisors, Inc. 1330 Avenue of the Americas-14th Flr, New York, NY10019
6. The amount required to satisfy the judgment creditor's money judgment or to secure the amount to be secured by the attachment at the time this notice of lien is filed is
   $ 129,647.32, plus interest from date each order was entered (superseding ECF 115 and ECF 126)

7. The lien created by this notice attaches to any cause of action of the person named in item 5 that is the subject of this action or proceeding and to that person's rights to money or property under any judgment subsequently procured in this action or proceeding.

8. No compromise, dismissal, settlement, or satisfaction of this action or proceeding or any of the rights of the person named in item 5 to money or property under any judgment procured in this action or proceeding may be entered into by or on behalf of that person, and that person may not enforce any rights to money or property under any judgment procured in this action or proceeding by a writ or otherwise, unless one of the following requirements is satisfied:

   a. the prior approval by order of the court in this action or proceeding has been obtained;
   b. the written consent of the person named in item 4 has been obtained or that person has released the lien; or
   c. the money judgment of the person named in item 4 has been satisfied.

> **NOTICE  The person named in item 5 may claim an exemption for all or any portion of the money or property within 30 days after receiving notice of the creation of the lien. The exemption is waived if it is not claimed in time.**

Date: October 31, 2018

Scott J. Tepper
*(TYPE OR PRINT NAME)*

▶  /s/ *Scott J. Tepper*
*(SIGNATURE OF LIEN CLAIMANT OR ATTORNEY)*

Form Approved by the
Judicial Council of California
AT-180, EJ-185 [New January 1, 1985]

**NOTICE OF LIEN**
(Attachment—Enforcement of Judgment)

CCP 491.410, 708.410

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

11333 Iowa Avenue, Los Angeles, CA 90025-4214

CORRECTED
NOTICE OF LIEN

A true and correct copy of the foregoing document entitled (*specify*): _____

_____

_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 31, 2018   I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Stephen F Biegenzahn    efile@sfblaw.com
Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;allie@lesliecohenlaw.com
Howard M Ehrenberg (TR)    ehrenbergtrustee@sulmeyerlaw.com,
ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com
J. Bennett Friedman    jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;ewalters@flg-law.com Cynthi;
David B Golubchik    dbg@lnbyb.com, dbg@ecf.inforuptcy.com
David M Goodrich    dgoodrich@wgllp.com, vrosales@wgllp.com;kadele@wgllp.com
Jeffrey S Kwong    jsk@lnbyb.com, jsk@ecf.inforuptcy.com
Steven Werth    swerth@sulmeyerlaw.com,
asokolowski@sulmeyerlaw.com;kmccamey@sulmeyerlaw.com;asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Theresa Mains theresa@theresamainspa.com
Michael Sobkowiak msobkowiak@flg-law.com

**SERVED BY UNITED STATES MAIL**:
On (*date*)  Oct. 31, 2018   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be completed** no later than 24 hours after the document is filed.

Honorable Barry Russell
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

Leonidas P. Flangas
Flangas Law Firm, Ltd.
600 S. Third Street
Las Vegas, NV 89101

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Oct. 31, 2018 | Scott J. Tepper | /s/ Scott J. Tepper |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.