Scott J. Tepper (SB# 51693)
A Professional Corporation
ScottJTepper@msn.com
11333 Iowa Avenue
Los Angeles, California 90025
Tel.: (310) 202-5544  ●  Fax: (818) 225-5350

Attorneys for Defendant and Judgment Creditor Gary Gorham

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2-17-bk-12392-BR |
| MARK ELIAS CRONE, | Chapter 7 |
| Debtor; | Adv. No. 2:17-ap-01289-BR |
| JEFFREY A. RINDE, et al., | |
| Plaintiffs, | **RELEASE OF LIEN BY DEFENDANT AND JUDGMENT CREDITOR GARY GORHAM** |
| -vs-. | |
| SUSAN CRONE, et al., | |
| Defendants. | |

    Defendant and judgment creditor Gary Gorham hereby releases the lien created by the Notices of Liens he filed herein on March 22, 2018, October 30, 2018 and October 31, 2018. A full satisfaction of the obligation has also been executed.

Dated:  April 3, 2019

                      SCOTT J. TEPPER, A Professional Corporation

                            /s/ Scott J. Tepper
                      By _____
                          SCOTT J. TEPPER
                      Attorneys for Defendant/Judgment Creditor Gary Gorham

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1900 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled <u>RELEASE OF LIEN BY DEFENDANT AND JUDGMENT CREDITOR GARY GORHAM</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>4/4/2019</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Stephen F Biegenzahn**    efile@sfblaw.com
- **Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;odalys@lesliecohenlaw.com
- **Howard M Ehrenberg (TR)**    ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com
- **J. Bennett Friedman**    jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com
- **David B Golubchik**    dbg@lnbyb.com, dbg@ecf.inforuptcy.com
- **Jeffrey S Kwong**    jsk@lnbyb.com, jsk@ecf.inforuptcy.com
- **Theresa Mains**    theresa@theresamainspa.com
- **Scott J Tepper**    scottjtepper@msn.com, scottjtepper@gmail.com

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) <u>4/4/2019</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| | |
|---|---|
| The Hon. Barry Russell<br>United States Bankruptcy Court<br>255 E. Temple Street, Suite 1660<br>Los Angeles, CA 90012 | Leonidas P. Flangas<br>Flangas Law Firm, LTD<br>600 S. Third Street<br>Las Vegas, NV 89101 |

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/4/2019 | Jackeline Martinez | /s/Jackeline Martinez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                      **F 9013-3.1.PROOF.SERVICE**